IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROXANNE YEARGAIN                                                                    PLAINTIFF

V.                                     NO. 3:10CV00239 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 26th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE